154 A.3d 699

MIHAI PASNICU, PLAINTIFF-PETITIONER, v. LAKEWOOD
MUNICIPAL COURT, DEFENDANT.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-005641-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 700

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
SALADIN THOMPSON, DEFENDANT-PETITIONER.

October 21, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-1375/2154-11 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.